1022

[No. 32624-8-II. Division Two. August 1, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN JOHN LORD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-00623-3, D. Gary Steiner, J., entered December 9, 2004. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Armstrong and Van Deren, JJ.

[No. 33078-4-II. Division Two. August 1, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. MARISOL VILCHIS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-01950-0, Stephanie A. Arend, J., entered April 6, 2005. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, C.J., and Penoyar, J.

[No. 33206-0-II. Division Two. August 1, 2006.]

*In the Matter of the Marriage of* WILLIAM STRIEGEL, *Appellant*, and PAMELA K. STRIEGEL, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-3-02731-5, Kitty-Ann van Doorninck, J., entered April 26, 2005. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Van Deren, A.C.J., and Armstrong, J.